AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Epolito Rodriguez | ) Case No. 3:26MJ5080 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**FILED**
FEB 27 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Epolito Rodriguez
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Section 841(a)(1) -- Possession with Intent to Distribute Cocaine

Date: February 25, 2026

*Issuing officer's signature*

City and state:   Toledo, Ohio

Darrell A. Clay, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/25/2026, and the person was arrested on *(date)* 2/25/2026
at *(city and state)* Toledo, Oh

Date: 2/26/26

*Arresting officer's signature*

Reva Kerkulah - DUSM
*Printed name and title*